**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01148-CV

### IN RE M&A TEXAS LANCASTER, LTD., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06438**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator pay the costs of this original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE